**Order entered March 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01354-CR

### LAURA DE LA CRUZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F08-24680-U**

## ORDER

The Court **ORDERS** Peri Wood, official court reporter of the 291st Judicial District Court to file a supplemental record containing State's Exhibit nos. 53 and 74, DVDs, within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Peri Wood, official court reporter, 291st Judicial District Court, and to counsel for all parties.

/s/     DAVID EVANS
        JUSTICE